# SUPREME COURT OF IOWA

| | | | |
|---|---|---|---|
| State v. Washington | 14–0792 | 05/25/2017 | Decision of Court of Appeals Vacated; District Court Judgment Affirmed and Case Remanded for further Proceedings |
| State v. Smith | 14–0812 | 05/25/2017 | Decision of Court of Appeals Vacated; District Court Judgment Affirmed and Case Remanded for further Proceedings |
| State v. James | 16–0609 | 06/23/2017 | Affirmed |